RECEIVED
JUN - 4 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FLOYD HAMILTON, ET AL | CIVIL ACTION NO.13-cv-0041 |
| VERSUS | JUDGE DEE D. DRELL |
| SHIVANI NEGI, M.D., ET Al. | MAGISTRATE JUDGE JAMES D KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss an improper party and substitute the proper party (Doc. 9) is **GRANTED**.

IT IS FURTHER ORDERED that the motion to remand (Doc. 6) is **DENIED**.

IT IS FURTHER ORDERED that the motion to dismiss the Commonwealth, Harp and Powers (Doc. 13) is **GRANTED** due to lack of jurisdiction.

THUS DONE AND SIGNED, in Chambers, in Alexandria, Louisiana, on this _3RD_ day of _June_, 2013.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT