RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/8/14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FLOYD HAMILTON III, et al. | DOCKET NO:1:13-cv-00041 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| SHIVANI NEGI, et al. | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that plaintiffs' motion for new (Doc. 29) trial is DENIED.

IT IS FURTHER ORDERED that defendant's motion for summary judgment (Doc. 35) and motion to dismiss (Doc. 25) is GRANTED and the plaintiffs' fraud claim and the tort claims of Johnson, Odhams, Gray and Wade are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 8th day of August, 2014.

```
_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE
```